1 | BENJAMIN B. WAGNER
United States Attorney
2 | WALLACE J. LEE
Special Assistant U.S. Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5 |

6 | Attorneys for the
United States of America

7 |

8 | IN THE UNITED STATES DISTRICT COURT FOR THE

9 | EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,          )   Case No. 1:09-CR-00449 LJO
                                       )
12 |                 Plaintiff,        )   MOTION AND ORDER TO DISMISS
                                       )   INDICTMENT
13 |       v.                          )
                                       )
14 | ORLANDO MORALES-DIAZ,             )
                                       )
15 |                 Defendant.        )
_____)
16 |

17 |      Pursuant to Federal Rule of Criminal Procedure 48(a),

18 | Plaintiff United States of America, by and through its attorneys

19 | of record, BENJAMIN B. WAGNER, United States Attorney, and WALLACE

20 | J. LEE, Special Assistant United States Attorney, hereby moves to

21 | dismiss the indictment in this case without prejudice in the

22 | interest of justice.

23 |

24 | DATED: April 17, 2012                Respectfully submitted,

25 |                                      BENJAMIN B. WAGNER
                                         United States Attorney
26 |
                                  By:    /s/ Wallace J. Lee
27 |                                      WALLACE J. LEE
                                         Special Assistant U.S. Attorney
28 |

1

1

**ORDER**

2        **IT IS HEREBY ORDERED** that the indictment in this case be

3 dismissed without prejudice in the interest of justice.

4 IT IS SO ORDERED.

5 **Dated:    April 17, 2012**                          **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28